FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANT DONALD RAY HERMAN

**FILED**

MAR 1 ? 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD RAY HERMAN, <br><br> Defendant. | CASE NO. 12-CR-00428 <br><br> STIPULATION AND ORDER REGARDING TRAVEL <br><br> Date: <br> Time: <br> Dept.: <br> Judge: |

Good cause appearing therefore and based on the stipulation of the Office of the United States Attorney, it is hereby ordered that the bail release conditions of the Defendant Donald Ray Herman should be, and are hereby, modified as follows:

1. Donald Ray Herman is permitted to travel between April 1, 2013 and April 3, 2013 to Dayton and Columbus, Ohio, for the purpose of a recruiting trip for his son Elliott. The Defendant will be staying at the Blackwell Hotel.

2. Donald Ray Herman is permitted to travel to Reno, Nevada, between April 7, 2013 and April 11, 2013 to accompany his son Elliott when Elliott competes in the Regional Gymnastics Championships and to stay during that visit at the Grand Sierra Hotel.

3. Donald Ray Herman is permitted to travel to West Point, New York, between April 13, 2013 and April 16, 2013 to attend a recruiting trip to West Point with his son Elliott and will be staying at Hotel Thayer.

In all other respects the conditions of the defendant's bond shall remain as previously set.

So Stipulated:

Dated: March 12, 2013          UNITED STATES ATTORNEY'S OFFICE


BY: /s/ GARY FRY
    GARY FRY
    ASSISTANT U.S. ATTORNEY FOR THE NORTHERN
    DISTRICT OF CALIFORNIA


Dated: March 12, 2013          BERLINER COHEN


BY: /s/ FRANK R. UBHAUS
    FRANK R. UBHAUS
    ATTORNEYS FOR DEFENDANT
    DONALD RAY HERMAN


So Ordered:

Dated: 3/13/13

BY: _____
    HONORABLE HOWARD LLOYD
    MAGISTRATE JUDGE FOR THE UNITED STATES
    DISTRICT COURT FOR THE NORTHERN DISTRICT
    OF CALIFORNIA