Frank R. Ubhaus, CA State Bar No. 46085
Berliner Cohen
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
frank.ubhaus@berliner.com

Attorneys for Defendant Donald Ray Herman

FILED
JUN 28 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00428 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING TRAVEL |
| v. | Date: |
| DONALD RAY HERMAN, | Time: |
| Defendant. | Dept.: |
| | Judge: |

Good cause appearing therefore and based on the stipulation of the Office of the United States Attorney, it is hereby ordered that the bail release conditions of the Defendant Donald Ray Herman should be, and are hereby, modified as follows:

Donald Ray Herman is permitted to travel between June 29, 2013 and July 5, 2013 to New Orleans, Louisiana for the purpose of moving his son Max into his college dormitory at Tulane University and to meet with school's financial aid representatives and the football coaching staff. The Defendant will be staying at the Hampton Inn on St. Charles in New Orleans.

In all other respects the conditions of the defendant's bond shall remain as previously set.

So Stipulated:

Dated: June 26, 2013          UNITED STATES ATTORNEY'S OFFICE

                              BY: /s/ GARY FRY
                                  GARY FRY
                                  ASSISTANT U.S. ATTORNEY FOR THE NORTHERN
                                  DISTRICT OF CALIFORNIA


Dated: June 26, 2013          BERLINER COHEN

                              BY: /s/ FRANK R. UBHAUS
                                  FRANK R. UBHAUS
                                  ATTORNEYS FOR DEFENDANT
                                  DONALD RAY HERMAN


So Ordered:

Dated: 6/28/13

                              BY: [signature]
                                  HONORABLE HOWARD LLOYD
                                  MAGISTRATE JUDGE FOR THE UNITED STATES
                                  DISTRICT COURT FOR THE NORTHERN DISTRICT
                                  OF CALIFORNIA