UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-00428 (LHK) |
| Plaintiff, | ) ) | **ORDER VACATING TRIAL DATE** |
| v. | ) ) | |
| DONALD RAY JERMAN, | ) ) | |
| Defendant. | ) ) | |

Based on a stipulation by both parties, and for good cause shown, the court ORDERS that the current trial date of January 3, 2014, is VACATED. No new trial date is set. This matter is set for January 8, 2014, at 9:30 a.m. for a status conference and possible disposition.

The period of time between January 3, 2014, and January 8, 2014, is hereby excluded from the time limits set forth in the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.,* to allow for effective preparation of defense counsel, as well as to ensure continuity of defense counsel.

IT IS SO ORDERED.

Date: 12/9/13

*Lucy H. Koh*
HONORBALE LUCY H. KOH
United States District Court Judge